RINA CARMEL (Bar No. 208311)
  rc@amclaw.com
DONALD W. McCORMICK (Bar No. 109584)
  dwm@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
707 Wilshire Boulevard, Suite 4000
Los Angeles, California 90017-3623
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

Attorneys for Defendant LIBERTY INSURANCE CORPORATION erroneously sued as Liberty Mutual Insurance Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| AMANDA ASCHERL, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Corporation,<br><br>　　　　Defendant. | Case No. 3:21-cv-01199-WHO<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO DISMISS ACTION WITH PREJUDICE** |

Plaintiff AMANDA ASCHERL and Defendant LIBERTY INSURANCE CORPORATION, erroneously sued as Liberty Mutual Insurance Company, by their undersigned attorneys, hereby stipulate that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), each party to bear its own attorney's fees and costs.

DATED: August 12, 2021         AMANDA ASCHERL

                               By: /s/ Amanda Ascherl
                                   _In propria persona_

| | |
|---|---|
| 1  DATED: August 12, 2021 | ANDERSON, McPHARLIN & CONNERS LLP |

By: _____
   Rina Carmel
   Donald W. McCormick
Attorneys for Defendant LIBERTY INSURANCE CORPORATION erroneously sued as Liberty Mutual Insurance Company

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

2415984.1 05472-207

## ORDER

Pursuant to the stipulation of the parties, this action is hereby dismissed in its entirety with prejudice.  Each party shall bear their own fees and costs for this action.

**IT IS SO ORDERED**.

DATED:  August  16 , 2021

_____
William H. Orrick
United States District Judge